UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __6__

---------------------------------------------

Moore

-v-

Raffaele, et al

---------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-1618

JUDGE: KMW

DATE: MAR. 10 2008

*[U.S. District Court Filed stamp: MAR 10 2008, S.D. of N.Y.]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------------------------

**DOCUMENT DESCRIPTION**                                                 **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(✓) Original Record                                            (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 10th Day of March, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Moore

-v-

Raffaele - et al

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-1618

JUDGE: KMW

DATE: MAR. 10, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 10th Day of March In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
   Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01618-KMW
### Internal Use Only

Moore v. Raffaele et al
Assigned to: Judge Kimba M. Wood
Demand: $1,000,000
Cause: 42:1983 Civil Rights Act

Date Filed: 02/19/2008
Date Terminated: 02/19/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Teddy Moore.(mbe) (Entered: 03/04/2008) |
| 02/19/2008 | 2 | COMPLAINT against Thomas D. Raffaele, Maureen A Healy, NYC Civil Court, William F. McCartin, Sankel, Skurman & McCartin, LLP. Document filed by Teddy Moore.(mbe) (Entered: 03/04/2008) |
| 02/19/2008 |  | Magistrate Judge Ronald L. Ellis is so designated. (mbe) (Entered: 03/04/2008) |
| 02/19/2008 | 3 | ORDER OF DISMISSAL: The Court grants plaintiff's request to proceed in forma pauperis and dismisses the action for the reasons set forth below. The complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is hereby dismissed for the lack of subject matter jurisdiction, failure to state a claim upon which relief may be granted, for asserting claims against parties immune from suit, and for improper venue. See Fed. R. Civ. P. 12(b)(1),(3) and 12(h)(3) appeal from this order would not be taken in good faith. SO ORDERED. (Signed by Judge Kimba M. Wood on 2/19/2008) (mbe) (Entered: 03/04/2008) |
| 02/19/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed for lack of subject matter jurisdiction, failure to state a claim upon which relief may be granted, for asserting claims against parties immune from suit, and for improper venue. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/19/2008) (mbe) (Entered: 03/04/2008) |
| 03/04/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint). Document filed by Teddy Moore. (tp) (Entered: 03/10/2008) |
| 03/04/2008 |  | Appeal Remark as to 5 Notice of Appeal filed by Teddy Moore. $455.00 APPEAL FEE DUE. IFP REVOKED 12/19/08. (tp) (Entered: 03/10/2008) |
| 03/10/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 03/10/2008) |
| 03/10/2008 |  | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 03/10/2008) |